**Exhibit A—Baral Pay History for Direct Care Worker Role**

| Payment No. | Bates No.[1] | Period Beginning | Period Ending | Amount | Base Hourly Rate |
|---|---|---|---|---|---|
| 1. | **INHC 38**, INHC 435 | 1/29/18 | 2/11/18 | $2,496.00 | $13.00 |
| 2. | **INHC 39**, INHC 436 | 2/12/18 | 2/25/18 | $2,912.00 | $13.00 |
| 3. | **INHC 40**, INHC 437 | 2/26/18 | 3/11/18 | $2,912.00 | $13.00 |
| 4. | **INHC 41**, INHC 438 | 3/12/18 | 3/25/18 | $2,912.00 | $13.00 |
| 5. | **INHC 42**, INHC 439 | 3/26/18 | 4/8/18 | $2,184.00 | $13.00 |
| 6. | **INHC 43**, INHC 440 | 4/9/18 | 4/22/18 | $2,184.00 | $13.00 |
| 7. | **INHC 44**, INHC 441 | 4/23/18 | 5/6/18 | $2,184.00 | $13.00 |
| 8. | **INHC 45**, INHC 442 | 5/7/18 | 5/20/18 | $2,184.00 | $13.00 |
| 9. | **INHC 46**, INHC 443 | 5/21/18 | 6/3/18 | $2,184.00 | $13.00 |
| 10. | **INHC 47**, INHC 444 | 6/4/18 | 6/17/18 | $2,184.00 | $13.00 |
| 11. | **INHC 48**, INHC 445 | 6/18/18 | 7/1/18 | $2,184.00 | $13.00 |
| 12. | **INHC 49**, INHC 446 | 7/2/18 | 7/15/18 | $2,392.00 | $13.00 |
| 13. | **INHC 50**, INHC 447 | 7/16/18 | 7/29/18 | $1,664.00 | $10.31 |
| 14. | **INHC 51**, INHC 448 | 7/16/18 | 8/12/18 | $2,185.72 | $10.31 |
| 15. | **INHC 52**, INHC 449 | 8/13/18 | 8/26/18 | $2,912.64 | $9.84 |
| 16. | **INHC 53**, INHC 450 | 8/27/18 | 9/9/18 | $2,912.64 | $9.84 |
| 17. | **INHC 54**, INHC 451 | 9/10/18 | 9/23/18 | $2,912.64 | $9.84 |
| 18. | **INHC 55**, INHC 452 | 9/24/18 | 10/7/18 | $2,185.72 | $10.31 |
| 19. | **INHC 56**, INHC 453 | 10/8/18 | 10/21/18 | $2,185.72 | $10.31 |
| 20. | **INHC 57**, INHC 454 | 10/22/18 | 11/4/18 | $2,185.72 | $10.31 |
| 21. | **INHC 58**, INHC 455 | 11/05/18 | 11/18/18 | $2,185.72 | $10.31 |
| 22. | **INHC 60**, INHC 458 | 11/19/18 | 12/2/18 | $2,185.72 | $10.31 |
| 23. | **INHC 59**, P16, INHC 457 | 12/3/18 | 12/16/18 | $2,185.72 | $10.31 |

[1] Both Defendants and Plaintiff have produced copies of Baral's pay records, resulting in duplicative bates-stamped copies in the record. Plaintiff has collected the following documents and presents them in chronological order.

**Exhibit A—Baral Pay History for Direct Care Worker Role**

| | | | | | |
|---|---|---|---|---|---|
| 24. | **INHC 61**, P30, INHC 459 | 12/3/18 | 12/30/18 | $2,393.04 | $10.14 |
| 25. | **INHC 62**, P19, INHC 460 | 12/31/18 | 1/13/19 | $2,550.16 | $10.04 |
| 26. | **INHC 75**, P20, INHC 473 | 1/14/19 | 1/27/19 | $2,185.72 | $10.31 |
| 27. | **P21**, INHC 472 | 1/28/19 | 2/10/19 | $1,456.64 | $11.38 |
| 28. | **INHC 73**, P22, INHC 471 | 2/11/19 | 2/24/19 | $2,185.72 | $10.31 |
| 29. | **INHC 72**, P23, INHC 470 | 2/25/19 | 3/10/19 | $2,185.72 | $10.31 |
| 30. | **INHC 71**, P24, INHC 469 | 3/11/19 | 3/24/19 | $2,185.72 | $10.31 |
| 31. | **INHC 70**, P25, INHC 468 | 3/25/19 | 4/7/19 | $2,185.72 | $10.31 |
| 32. | **INHC 69**, P26, INHC 467 | 4/8/19 | 4/21/19 | $2,185.72 | $10.31 |
| 33. | **INHC 68**, P27, INHC 466 | 4/22/19 | 5/5/19 | $1,456.64 | $11.38 |
| 34. | **INHC 67**, P28, INHC 645 | 5/6/19 | 5/19/19 | $2,185.72 | $10.31 |
| NCA Signed by Parties on 5/24/19 | | | | | |
| 35. | **INHC 66**, P29, INHC 464 | 5/20/19 | 6/2/19 | $1,456.64 | $11.38 |
| 36. | **INHC 65**, P30, INHC 463 | 6/3/19 | 6/16/19 | $1,456.64 | $11.38 |
| 37. | **INHC 64**, P31, 462, INHC 506 | 6/17/19 | 6/30/19 | $1,561.00 | $11.15 |
| 38. | **P32**, 503, INHC 505 | 7/15/19 | 7/28/19 | $2,550.16 | $10.04 |
| 39. | **P33**, 502, INHC 504 | 7/29/19 | 8/11/19 | $2,550.16 | $10.04 |
| 40. | **P34**, INHC 501 | 8/12/19 | 8/25/19 | $2,550.16 | $10.04 |
| 41. | **P35**, INHC 500 | 8/26/19 | 9/8/19 | $2,550.16 | $10.04 |
| 42. | INHC 30, **P39**, INHC 490 | 10/7/19 | 10/20/19 | $2,550.16 | $10.04 |
| 43. | INHC 32, **P42**, INHC 498 | 10/21/19 | 11/3/19 | $2,550.16 | $10.04 |
| 44. | INHC 33, **P43**, INHC 497 | 11/4/19 | 11/17/19 | $1,456.64 | $11.38 |
| 45. | INHC 34, **P45**, INHC 461 | 11/18/19 | 12/1/19 | $2,550.16 | $10.04 |
| 46. | **INHC 63**, INHC 495 | 11/18/19 | 12/1/19 | $2,550.16 | $10.04 |
| 47. | **INHC 35**, P47, INHC 493-494 | 12/2/19 | 12/15/19 | $1,820.70 | $10.71 |

**Exhibit A—Baral Pay History for Direct Care Worker Role**

| | | | | | |
|---|---|---|---|---|---|
| 48. | **INHC 36**, P49, INHC 492 | 12/16/19 | 12/29/19 | $1,820.70 | $10.71 |
| 49. | **INHC 37**, P50, INHC 491 | 12/30/19 | 1/12/20 | $1,456.64 | $11.38 |
| 50. | **INHC 29**, P52, INHC 490 | 1/13/20 | 1/26/20 | $1,820.70 | $10.71 |
| 51. | **INHC 31**, P54, INHC 489 | 1/27/20 | 2/9/20 | $572.00 | $13.00 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000070144 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 01/29/2018
Period Ending: 02/11/2018
Pay Date: 02/16/2018

00000000002
**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 192.00 | 2,496.00 | 2,496.00 |
| **Gross Pay** | | | **$2,496.00** | 2,496.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -361.63 | 361.63 |
| | Social Security Tax | -154.75 | 154.75 |
| | Medicare Tax | -36.19 | 36.19 |
| | PA State Income Tax | -76.63 | 76.63 |
| | Lancaster Ci Income Tax | -27.46 | 27.46 |
| | Lancaster Ci Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.50 | 1.50 |
| | **Net Pay** | **$1,835.84** | |
| | Checking 1 | -1,835.84 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,496.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000070144**
Pay date: 02/16/2018

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,835.84 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 1**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000090040 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS. OH 43229*

Period Beginning: 02/12/2018
Period Ending: 02/25/2018
Pay Date: 03/02/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 224.00 | 2,912.00 | 5,408.00 |
| **Gross Pay** | | | **$2,912.00** | 5,408.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -453.15 | 814.78 |
| | Social Security Tax | -180.55 | 335.30 |
| | Medicare Tax | -42.23 | 78.42 |
| | PA State Income Tax | -89.40 | 166.03 |
| | Lancaster Ci Income Tax | -32.03 | 59.49 |
| | Lancaster Ci Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -1.74 | 3.24 |
| | **Net Pay** | **$2,110.90** | |
| | Checking 1 | -2,110.90 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,912.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000090040**
Pay date: 03/02/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $2,110.90 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 2**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000110250 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 02/26/2018
Period Ending: 03/11/2018
Pay Date: 03/16/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 224.00 | 2,912.00 | 8,320.00 |
| **Gross Pay** | | | **$2,912.00** | 8,320.00 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453.15 | 1,267.93 |
| | Social Security Tax | -180.54 | 515.84 |
| | Medicare Tax | -42.22 | 120.64 |
| | PA State Income Tax | -89.40 | 255.43 |
| | Lancaster Ci Income Tax | -32.03 | 91.52 |
| | Lancaster Ci Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.75 | 4.99 |
| | **Net Pay** | **$2,110.91** | |
| | Checking 1 | -2,110.91 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,912.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000110250**
Pay date: 03/16/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $2,110.91 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 3**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000130260 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 03/12/2018
Period Ending: 03/25/2018
Pay Date: 03/30/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 224.00 | 2,912.00 | 11,232.00 |
| **Gross Pay** | | | **$2,912.00** | 11,232.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453 .15 | 1,721.08 |
| | Social Security Tax | -180 .54 | 696.38 |
| | Medicare Tax | -42 .22 | 162.86 |
| | PA State Income Tax | -89 .40 | 344.83 |
| | Lancaster Ci Income Tax | -32 .03 | 123.55 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 8.00 |
| | PA SUI/SDI Tax | -1 .75 | 6.74 |
| | **Net Pay** | **$2,110.91** | |
| | Checking 1 | -2 ,110.91 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,912.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000130260**
Pay date: 03/30/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $2,110.91 |

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 4**

| CO. | FILE | DEPT | CLOCK | VCHR NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000150259 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 03/26/2018
Period Ending: 04/08/2018
Pay Date: 04/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 13,416.00 |
| **Gross Pay** | | | **$2,184.00** | 13,416.00 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 2,014.07 |
| | Social Security Tax | -135.41 | 831.79 |
| | Medicare Tax | -31.67 | 194.53 |
| | PA State Income Tax | -67.05 | 411.88 |
| | Lancaster Ci Income Tax | -24.02 | 147.57 |
| | Lancaster Ci Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -1.31 | 8.05 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,184.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000150259**
Pay date: 04/13/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 5**

| CO. | FILE | DEPT. | CLOCK | VCHR NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000174266 | 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 04/09/2018
Period Ending: 04/22/2018
Pay Date: 04/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 15,600.00 |
| **Gross Pay** | | | **$2,184.00** | 15,600.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 2,307.06 |
| | Social Security Tax | -135.41 | 967.20 |
| | Medicare Tax | -31.67 | 226.20 |
| | PA State Income Tax | -67.05 | 478.93 |
| | Lancaster Ci Income Tax | -24.02 | 171.59 |
| | Lancaster Ci Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.31 | 9.36 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,184.00

© 2005 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000174266**
Pay date: 04/27/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 6**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. 034 |
|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000190277 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 04/23/2018
Period Ending: 05/06/2018
Pay Date: 05/11/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | **rate** | **hours** | **this period** | **year to date** |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 17,784.00 |
| **Gross Pay** | | | **$2,184.00** | 17,784.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 2,600.05 |
| | Social Security Tax | -135.41 | 1,102.61 |
| | Medicare Tax | -31.67 | 257.87 |
| | PA State Income Tax | -67.05 | 545.98 |
| | Lancaster Ci Income Tax | -24.02 | 195.61 |
| | Lancaster Ci Local Svc Tax | -2.00 | 14.00 |
| | PA SUI/SDI Tax | -1.31 | 10.67 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,184.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000190277**
Pay date: 05/11/2018

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 7**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000210272 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 05/07/2018
Period Ending: 05/20/2018
Pay Date: 05/25/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 19,968.00 |
| | **Gross Pay** | | **$2,184.00** | 19,968.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 2,893.04 |
| | Social Security Tax | -135.41 | 1,238.02 |
| | Medicare Tax | -31.67 | 289.54 |
| | PA State Income Tax | -67.05 | 613.03 |
| | Lancaster Ci Income Tax | -24.02 | 219.63 |
| | Lancaster Ci Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -1.31 | 11.98 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,184.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000210272**
Pay date: 05/25/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 8**

| CO. | FILE | DEPT. | CLOCK | VCHR NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000230269 | 1 |

## Earnings Statement

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

Period Beginning: 05/21/2018
Period Ending: 06/03/2018
Pay Date: 06/08/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

PREM K BARAL
401 FAIRWAY DRIVE
LANCASTER PA 17603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 22,152.00 |
| **Gross Pay** | | | **$2,184.00** | 22,152.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 3,186.03 |
| | Social Security Tax | -135.40 | 1,373.42 |
| | Medicare Tax | -31.66 | 321.20 |
| | PA State Income Tax | -67.05 | 680.08 |
| | Lancaster Ci Income Tax | -24.02 | 243.65 |
| | Lancaster Ci Local Svc Tax | -2.00 | 18.00 |
| | PA SUI/SDI Tax | -1.31 | 13.29 |
| | **Net Pay** | **$1,629.57** | |
| | Checking 1 | -1,629.57 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,184.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

Advice number: 00000230269
Pay date: 06/08/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,629.57 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

NON-NEGOTIABLE

**Payment No. 9**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000250272 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 06/04/2018
Period Ending: 06/17/2018
Pay Date: 06/22/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 24,336.00 |
| **Gross Pay** | | | **$2,184.00** | 24,336.00 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 3,479.02 |
| | Social Security Tax | -135.41 | 1,508.83 |
| | Medicare Tax | -31.67 | 352.87 |
| | PA State Income Tax | -67.05 | 747.13 |
| | Lancaster Ci Income Tax | -24.02 | 267.67 |
| | Lancaster Ci Local Svc Tax | -2.00 | 20.00 |
| | PA SUI/SDI Tax | -1.31 | 14.60 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,184.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000250272**
Pay date: 06/22/2018

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 10**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000270276 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 06/18/2018
Period Ending: 07/01/2018
Pay Date: 07/06/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 168.00 | 2,184.00 | 26,520.00 |
| Gross Pay | | | $2,184.00 | 26,520.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -292.99 | 3,772.01 |
| | Social Security Tax | -135.41 | 1,644.24 |
| | Medicare Tax | -31.67 | 384.54 |
| | PA State Income Tax | -67.05 | 814.18 |
| | Lancaster Ci Income Tax | -24.02 | 291.69 |
| | Lancaster Ci Local Svc Tax | -2.00 | 22.00 |
| | PA SUI/SDI Tax | -1.31 | 15.91 |
| | **Net Pay** | **$1,629.55** | |
| | Checking 1 | -1,629.55 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,184.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** 00000270276
Pay date: 07/06/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,629.55 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 11**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000290276 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 07/02/2018
Period Ending: 07/15/2018
Pay Date: 07/20/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 184.00 | 2,392.00 | 28,912.00 |
| **Gross Pay** | | | **$2,392.00** | 28,912.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -338.75 | 4,110.76 |
| | Social Security Tax | -148.30 | 1,792.54 |
| | Medicare Tax | -34.68 | 419.22 |
| | PA State Income Tax | -73.43 | 887.61 |
| | Lancaster Ci Income Tax | -26.31 | 318.00 |
| | Lancaster Ci Local Svc Tax | -2.00 | 24.00 |
| | PA SUI/SDI Tax | -1.44 | 17.35 |
| | **Net Pay** | **$1,767.09** | |
| | Checking 1 | -1,767.09 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,392.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000290276**
Pay date: 07/20/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,767.09 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 12**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000310167 | 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 07/16/2018
Period Ending: 07/29/2018
Pay Date: 08/03/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 921.68 | 29,833.68 |
| Overtime | 15.4650 | 48.00 | 742.32 | 742.32 |
| **Gross Pay** | | | **$1,664.00** | 30,576.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -178 .59 | 4,289.35 |
| | Social Security Tax | -103 .17 | 1,895.71 |
| | Medicare Tax | -24 .13 | 443.35 |
| | PA State Income Tax | -51 .08 | 938.69 |
| | Lancaster Ci Income Tax | -18 .30 | 336.30 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 26.00 |
| | PA SUI/SDI Tax | -1 .00 | 18.35 |
| | **Net Pay** | **$1,285.73** | |
| | Checking 1 | -1 ,285.73 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 13.0000 TO 10.3100.

Your federal taxable wages this period are $1,664.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000310167**
Pay date: 08/03/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,285.73 |

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 13**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000330265 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 07/16/2018
Period Ending: 08/12/2018
Pay Date: 08/17/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 30,658.48 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 2,103.24 |
| **Gross Pay** | | | **$2,185.72** | 32,761.72 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -293.37 | 4,582.72 |
| | Social Security Tax | -135.52 | 2,031.23 |
| | Medicare Tax | -31.69 | 475.04 |
| | PA State Income Tax | -67.10 | 1,005.79 |
| | Lancaster Ci Income Tax | -24.04 | 360.34 |
| | Lancaster Ci Local Svc Tax | -2.00 | 28.00 |
| | PA SUI/SDI Tax | -1.31 | 19.66 |
| | **Net Pay** | **$1,630.69** | |
| | Checking 1 | -1,630.69 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000330265**
Pay date: 08/17/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,630.69 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 14**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000350271 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 08/13/2018
Period Ending: 08/26/2018
Pay Date: 08/31/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8400 | 80.00 | 787.20 | 31,445.68 |
| Overtime | 14.7600 | 144.00 | 2,125.44 | 4,228.68 |
| **Gross Pay** | | | **$2,912.64** | 35,674.36 |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.3100 TO 9.8400.

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453.29 | 5,036.01 |
| | Social Security Tax | -180.58 | 2,211.81 |
| | Medicare Tax | -42.24 | 517.28 |
| | PA State Income Tax | -89.42 | 1,095.21 |
| | Lancaster Ci Income Tax | -32.04 | 392.38 |
| | Lancaster Ci Local Svc Tax | -2.00 | 30.00 |
| | PA SUI/SDI Tax | -1.74 | 21.40 |
| | **Other** | | |
| | Medical Insuran | -173.28 | 173.28 |
| | **Net Pay** | **$1,938.05** | |
| | Checking 1 | -1,938.05 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,912.64

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000350271**
Pay date: 08/31/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,938.05 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 15**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000370282 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 08/27/2018
Period Ending: 09/09/2018
Pay Date: 09/14/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8400 | 80.00 | 787.20 | 32,232.88 |
| Overtime | 14.7600 | 144.00 | 2,125.44 | 6,354.12 |
| **Gross Pay** | | | **$2,912.64** | 38,587.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453.29 | 5,489.30 |
| | Social Security Tax | -180.58 | 2,392.39 |
| | Medicare Tax | -42.23 | 559.51 |
| | PA State Income Tax | -89.42 | 1,184.63 |
| | Lancaster Ci Income Tax | -32.04 | 424.42 |
| | Lancaster Ci Local Svc Tax | -2.00 | 32.00 |
| | PA SUI/SDI Tax | -1.75 | 23.15 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 259.92 |
| | **Net Pay** | **$2,024.69** | |
| | Checking 1 | -2,024.69 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,912.64

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000370282**
Pay date: 09/14/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $2,024.69 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 16**

# Exhibit A - Baral Pay History for Direct Care Worker Role



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 000006 | | | 0000390288 | 1 |

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 09/10/2018
Period Ending: 09/23/2018
Pay Date: 09/28/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8400 | 80.00 | 787.20 | 33,020.08 |
| Overtime | 14.7600 | 144.00 | 2,125.44 | 8,479.56 |
| **Gross Pay** | | | **$2,912.64** | 41,499.64 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -453.29 | 5,942.59 |
| | Social Security Tax | -180.59 | 2,572.98 |
| | Medicare Tax | -42.23 | 601.74 |
| | PA State Income Tax | -89.42 | 1,274.05 |
| | Lancaster Ci Income Tax | -32.04 | 456.46 |
| | Lancaster Ci Local Svc Tax | -2.00 | 34.00 |
| | PA SUI/SDI Tax | -1.75 | 24.90 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 346.56 |
| | **Net Pay** | **$2,024.68** | |
| | Checking 1 | -2,024.68 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,912.64

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000390288**
Pay date: 09/28/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $2,024.68 |

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 17**

INTRANATIONAL 000054

# Exhibit A - Baral Pay History for Direct Care Worker Role



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000410281 | 1 |

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 09/24/2018
Period Ending: 10/07/2018
Pay Date: 10/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 33,844.88 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 9,840.48 |
| | **Gross Pay** | | **$2,185.72** | 43,685.36 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -293.37 | 6,235.96 |
| | Social Security Tax | -135.51 | 2,708.49 |
| | Medicare Tax | -31.70 | 633.44 |
| | PA State Income Tax | -67.10 | 1,341.15 |
| | Lancaster Ci Income Tax | -24.04 | 480.50 |
| | Lancaster Ci Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -1.31 | 26.21 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 433.20 |
| | **Net Pay** | **$1,544.05** | |
| | Checking 1 | -1,544.05 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 9.8400 TO 10.3100.

Your federal taxable wages this period are $2,185.72

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000410281**
Pay date: 10/12/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,544.05 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 18**

INTRANATIONAL 000055

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000430299 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 10/08/2018
Period Ending: 10/21/2018
Pay Date: 10/26/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 34,669.68 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 11,201.40 |
| | **Gross Pay** | | **$2,185.72** | 45,871.08 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -293.37 | 6,529.33 |
| | Social Security Tax | -135.52 | 2,844.01 |
| | Medicare Tax | -31.69 | 665.13 |
| | PA State Income Tax | -67.10 | 1,408.25 |
| | Lancaster Ci Income Tax | -24.04 | 504.54 |
| | Lancaster Ci Local Svc Tax | -2.00 | 38.00 |
| | PA SUI/SDI Tax | -1.31 | 27.52 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 519.84 |
| | **Net Pay** | **$1,544.05** | |
| | Checking 1 | -1,544.05 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP, Inc.

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000430299**
Pay date: 10/26/2018

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,544.05 |

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 19**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000450294 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 10/22/2018
Period Ending: 11/04/2018
Pay Date: 11/08/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 35,494.48 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 12,562.32 |
| **Gross Pay** | | | **$2,185.72** | 48,056.80 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -293.37 | 6,822.70 |
| | Social Security Tax | -135.51 | 2,979.52 |
| | Medicare Tax | -31.69 | 696.82 |
| | PA State Income Tax | -67.10 | 1,475.35 |
| | Lancaster Ci Income Tax | -24.04 | 528.58 |
| | Lancaster Ci Local Svc Tax | -2.00 | 40.00 |
| | PA SUI/SDI Tax | -1.31 | 28.83 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 606.48 |
| | **Net Pay** | **$1,544.06** | |
| | Checking 1 | -1,544.06 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,185.72

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000450294**
Pay date: 11/08/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,544.06 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 20**

K7N 201388 000006 0000470310 1

# Earnings Statement

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

Period Beginning: 11/05/2018
Period Ending: 11/18/2018
Pay Date: 11/23/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 36,319.28 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 13,923.24 |
| **Gross Pay** | | | **$2,185.72** | 50,242.52 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -293.37 | 7,116.07 |
| | Social Security Tax | -135.52 | 3,115.04 |
| | Medicare Tax | -31.70 | 728.52 |
| | PA State Income Tax | -67.10 | 1,542.45 |
| | Lancaster Ci Income Tax | -24.04 | 552.62 |
| | Lancaster Ci Local Svc Tax | -2.00 | 42.00 |
| | PA SUI/SDI Tax | -1.32 | 30.15 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 693.12 |
| | **Net Pay** | **$1,544.03** | |
| | Checking 1 | -1,544.03 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000470310**
Pay date: 11/23/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,544.03 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 21**

# Exhibit A - Baral Pay History for Direct Care Worker Role



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 000006 | | | 0000490308 | 1 |

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 11/19/2018
Period Ending: 12/02/2018
Pay Date: 12/07/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 37,144.08 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 15,284.16 |
| **Gross Pay** | | | **$2,185.72** | 52,428.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -293 .37 | 7,409.44 |
| | Social Security Tax | -135 .51 | 3,250.55 |
| | Medicare Tax | -31 .69 | 760.21 |
| | PA State Income Tax | -67 .10 | 1,609.55 |
| | Lancaster Ci Income Tax | -24 .04 | 576.66 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 44.00 |
| | PA SUI/SDI Tax | -1 .31 | 31.46 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 779.76 |
| | **Net Pay** | **$1,544.06** | |
| | Checking 1 | -1 ,544.06 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000490308**
Pay date: 12/07/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,544.06 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 22**

INTRANATIONAL 000060

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000510318 | 1 |

# Earnings Statement

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

Period Beginning: 12/03/2018
Period Ending: 12/16/2018
Pay Date: 12/21/2018

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 37,968.88 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 16,645.08 |
| Gross Pay | | | $2,185.72 | 54,613.96 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -293.37 | 7,702.81 |
| | Social Security Tax | -135.52 | 3,386.07 |
| | Medicare Tax | -31.69 | 791.90 |
| | PA State Income Tax | -67.10 | 1,676.65 |
| | Lancaster Ci Income Tax | -24.04 | 600.70 |
| | Lancaster Ci Local Svc Tax | -2.00 | 46.00 |
| | PA SUI/SDI Tax | -1.31 | 32.77 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 866.40 |
| | **Net Pay** | **$1,544.05** | |
| | Checking 1 | -1,544.05 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000510318**
Pay date: 12/21/2018

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,544.05 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 23**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000010326 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 12/03/2018
Period Ending: 12/30/2018
Pay Date: 01/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.1400 | 80.00 | 811.20 | 811.20 |
| Overtime | 15.2100 | 104.00 | 1,581.84 | 1,581.84 |
| **Gross Pay** | | | **$2,393.04** | 2,393.04 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.3100 TO 10.1400.

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -335.04 | 335.04 |
| | Social Security Tax | -148.37 | 148.37 |
| | Medicare Tax | -34.70 | 34.70 |
| | PA State Income Tax | -73.47 | 73.47 |
| | Lancaster Ci Income Tax | -26.32 | 26.32 |
| | Lancaster Ci Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.44 | 1.44 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 86.64 |
| | **Net Pay** | **$1,685.06** | |
| | Checking 1 | -1,685.06 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,393.04

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000010326**
Pay date: 01/04/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,685.06 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 24**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000030333 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 12/31/2018
Period Ending: 01/13/2019
Pay Date: 01/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 1,614.40 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 3,328.80 |
| **Gross Pay** | | | **$2,550.16** | 4,943.20 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -369.60 | 704.64 |
| | Social Security Tax | -158.11 | 306.48 |
| | Medicare Tax | -36.98 | 71.68 |
| | PA State Income Tax | -78.29 | 151.76 |
| | Lancaster Ci Income Tax | -28.05 | 54.37 |
| | Lancaster Ci Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -1.53 | 2.97 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 173.28 |
| | **Net Pay** | **$1,788.96** | |
| | Checking 1 | -1,788.96 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,550.16

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000030333**
Pay date: 01/18/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,788.96 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 25**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000050335 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 01/14/2019
Period Ending: 01/27/2019
Pay Date: 02/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 2,439.20 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 4,689.72 |
| **Gross Pay** | | | **$2,185.72** | 7,128.92 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.0400 TO 10.3100.

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -289.43 | 994.07 |
| | Social Security Tax | -135.51 | 441.99 |
| | Medicare Tax | -31.69 | 103.37 |
| | PA State Income Tax | -67.10 | 218.86 |
| | Lancaster Ci Income Tax | -24.04 | 78.41 |
| | Lancaster Ci Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.31 | 4.28 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 259.92 |
| | **Net Pay** | **$1,548.00** | |
| | Checking 1 | -1,548.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000050335**
Pay date: 02/01/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,548.00 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 26**

# Exhibit A - Baral Pay History for Direct Care Worker Role



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 084 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000080339 | 1 |

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLEý*
*COLUMBUS, OH 43229ý*

Period Beginning: 01/28/2019
Period Ending: 02/10/2019
Pay Date: 02/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 3,349.60 |
| Overtime | 17.0700 | 32.00 | 546.24 | 5,235.96 |
| Gross Pay | | | $1,456.64 | 8,585.56 |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.3100 TO 11.3800.

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -149 .79 | 1,143.86 |
| | Social Security Tax | -90 .31 | 532.30 |
| | Medicare Tax | -21 .12 | 124.49 |
| | PA State Income Tax | -44 .72 | 263.58 |
| | Lancaster Ci Income Tax | -16 .02 | 94.43 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 8.00 |
| | PA SUI/SDI Tax | -0 .87 | 5.15 |
| Other | | | |
| | Medical Insuran | -86 .64 | 346.56 |
| | **Net Pay** | **$1,045.17** | |
| | Checking 1 | -1 ,045.17 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,456.64

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

**Advice number:** **00000080339**
Pay date: 02/22/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,045.17 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 27**

**P000021**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000100336 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 02/11/2019
Period Ending: 02/24/2019
Pay Date: 03/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 4,174.40 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 6,596.88 |
| **Gross Pay** | | | **$2,185.72** | 10,771.28 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -289.43 | 1,433.29 |
| | Social Security Tax | -135.52 | 667.82 |
| | Medicare Tax | -31.69 | 156.18 |
| | PA State Income Tax | -67.10 | 330.68 |
| | Lancaster Ci Income Tax | -24.04 | 118.47 |
| | Lancaster Ci Local Svc Tax | -2.00 | 10.00 |
| | PA SUI/SDI Tax | -1.31 | 6.46 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 433.20 |
| | **Net Pay** | **$1,547.99** | |
| | Checking 1 | -1,547.99 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR HOURLY RATE HAS BEEN CHANGED FROM 11.3800 TO 10.3100.

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000100336**
Pay date: 03/06/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,547.99 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 28**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000120189 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 02/25/2019
Period Ending: 03/10/2019
Pay Date: 03/22/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 4,999.20 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 7,957.80 |
| **Gross Pay** | | | **$2,185.72** | 12,957.00 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -289.43 | 1,722.72 |
| | Social Security Tax | -135.51 | 803.33 |
| | Medicare Tax | -31.70 | 187.88 |
| | PA State Income Tax | -67.10 | 397.78 |
| | Lancaster Ci Income Tax | -24.04 | 142.51 |
| | Lancaster Ci Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.31 | 7.77 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 519.84 |
| | **Net Pay** | **$1,547.99** | |
| | Checking 1 | -1,547.99 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000120189**
Pay date: 03/22/2019

THIS IS NOT A CHECK

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,547.99 |

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 29**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000140337 | 1 |

# Earnings Statement

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

Period Beginning: 03/11/2019
Period Ending: 03/24/2019
Pay Date: 04/03/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 5,824.00 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 9,318.72 |
| **Gross Pay** | | | **$2,185.72** | 15,142.72 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -289.43 | 2,012.15 |
| | Social Security Tax | -135.52 | 938.85 |
| | Medicare Tax | -31.69 | 219.57 |
| | PA State Income Tax | -67.10 | 464.88 |
| | Lancaster Ci Income Tax | -24.04 | 166.55 |
| | Lancaster Ci Local Svc Tax | -2.00 | 14.00 |
| | PA SUI/SDI Tax | -1.32 | 9.09 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 606.48 |
| | **Net Pay** | **$1,547.98** | |
| | Checking 1 | -1,547.98 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000140337**
Pay date: 04/03/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,547.98 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 30**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000160334 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 03/25/2019
Period Ending: 04/07/2019
Pay Date: 04/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 6,648.80 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 10,679.64 |
| **Gross Pay** | | | **$2,185.72** | 17,328.44 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -289.43 | 2,301.58 |
| | Social Security Tax | -135.51 | 1,074.36 |
| | Medicare Tax | -31.69 | 251.26 |
| | PA State Income Tax | -67.10 | 531.98 |
| | Lancaster Ci Income Tax | -24.04 | 190.59 |
| | Lancaster Ci Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -1.31 | 10.40 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 693.12 |
| | **Net Pay** | **$1,548.00** | |
| | Checking 1 | -1,548.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

© 2000 ADP, Inc.

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000160334**
Pay date: 04/17/2019

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,548.00 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 31**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000180337 | 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 04/08/2019
Period Ending: 04/21/2019
Pay Date: 05/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 7,473.60 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 12,040.56 |
| | **Gross Pay** | | **$2,185.72** | 19,514.16 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -289.43 | 2,591.01 |
| | Social Security Tax | -135.52 | 1,209.88 |
| | Medicare Tax | -31.70 | 282.96 |
| | PA State Income Tax | -67.10 | 599.08 |
| | Lancaster Ci Income Tax | -24.04 | 214.63 |
| | Lancaster Ci Local Svc Tax | -2.00 | 18.00 |
| | PA SUI/SDI Tax | -1.31 | 11.71 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 779.76 |
| | **Net Pay** | **$1,547.98** | |
| | Checking 1 | -1,547.98 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000180337**
Pay date: 05/01/2019

THIS IS NOT A CHECK

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,547.98 |

**VOID AFTER 180 DAYS**

## NON-NEGOTIABLE

**Payment No. 32**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000200346 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 04/22/2019
Period Ending: 05/05/2019
Pay Date: 05/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 8,384.00 |
| Overtime | 17.0700 | 32.00 | 546.24 | 12,586.80 |
| **Gross Pay** | | | **$1,456.64** | 20,970.80 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.3100 TO 11.3800.

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -149.79 | 2,740.80 |
| | Social Security Tax | -90.31 | 1,300.19 |
| | Medicare Tax | -21.12 | 304.08 |
| | PA State Income Tax | -44.72 | 643.80 |
| | Lancaster Ci Income Tax | -16.02 | 230.65 |
| | Lancaster Ci Local Svc Tax | -2.00 | 20.00 |
| | PA SUI/SDI Tax | -0.87 | 12.58 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 866.40 |
| | **Net Pay** | **$1,045.17** | |
| | Checking 1 | -1,045.17 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,456.64

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000200346**
Pay date: 05/15/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,045.17 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 33**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000220342 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 05/06/2019
Period Ending: 05/19/2019
Pay Date: 05/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.3100 | 80.00 | 824.80 | 9,208.80 |
| Overtime | 15.4650 | 88.00 | 1,360.92 | 13,947.72 |
| **Gross Pay** | | | **$2,185.72** | 23,156.52 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 11.3800 TO 10.3100.

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -289.43 | 3,030.23 |
| | Social Security Tax | -135.51 | 1,435.70 |
| | Medicare Tax | -31.69 | 335.77 |
| | PA State Income Tax | -67.10 | 710.90 |
| | Lancaster Ci Income Tax | -24.04 | 254.69 |
| | Lancaster Ci Local Svc Tax | -2.00 | 22.00 |
| | PA SUI/SDI Tax | -1.31 | 13.89 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 953.04 |
| | **Net Pay** | **$1,548.00** | |
| | Checking 1 | -1,548.00 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $2,185.72

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000220342**
Pay date: 05/29/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,548.00 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 34**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000240350 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 05/20/2019
Period Ending: 06/02/2019
Pay Date: 06/12/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 10,119.20 |
| Overtime | 17.0700 | 32.00 | 546.24 | 14,493.96 |
| **Gross Pay** | | | **$1,456.64** | 24,613.16 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.3100 TO 11.3800.

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -149 .79 | 3,180.02 |
| | Social Security Tax | -90 .32 | 1,526.02 |
| | Medicare Tax | -21 .12 | 356.89 |
| | PA State Income Tax | -44 .72 | 755.62 |
| | Lancaster Ci Income Tax | -16 .02 | 270.71 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 24.00 |
| | PA SUI/SDI Tax | -0 .88 | 14.77 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 1,039.68 |
| | **Net Pay** | **$1,045.15** | |
| | Checking 1 | -1 ,045.15 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,456.64

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000240350**
Pay date: 06/12/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PREM K BARAL | xxxxxxxxx8499 | xxxx xxxx | $1,045.15 |

THIS IS NOT A CHECK

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

**Payment No. 35**

| CO. | FILE | DEPT. | CLOCK | VCHR NO | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000260354 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 06/03/2019
Period Ending: 06/16/2019
Pay Date: 06/26/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 11,029.60 |
| Overtime | 17.0700 | 32.00 | 546.24 | 15,040.20 |
| **Gross Pay** | | | **$1,456.64** | 26,069.80 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -149 .79 | 3,329.81 |
| | Social Security Tax | -90 .31 | 1,616.33 |
| | Medicare Tax | -21 .12 | 378.01 |
| | PA State Income Tax | -44 .72 | 800.34 |
| | Lancaster Ci Income Tax | -16 .02 | 286.73 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 26.00 |
| | PA SUI/SDI Tax | -0 .87 | 15.64 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 1,126.32 |
| | **Net Pay** | **$1,045.17** | |
| | Checking 1 | -1 ,045.17 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,456.64

©2000 ADP, LLC

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000260354**
Pay date: 06/26/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,045.17 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 36**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000280360 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 06/17/2019
Period Ending: 06/30/2019
Pay Date: 07/10/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.1500 | 80.00 | 892.00 | 11,921.60 |
| Overtime | 16.7250 | 40.00 | 669.00 | 15,709.20 |
| **Gross Pay** | | | **$1,561.00** | 27,630.80 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -162.31 | 3,492.12 |
| | Social Security Tax | -96.78 | 1,713.11 |
| | Medicare Tax | -22.64 | 400.65 |
| | PA State Income Tax | -47.92 | 848.26 |
| | Lancaster Ci Income Tax | -17.17 | 303.90 |
| | Lancaster Ci Local Svc Tax | -2.00 | 28.00 |
| | PA SUI/SDI Tax | -0.94 | 16.58 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 1,212.96 |
| | **Net Pay** | **$1,124.60** | |
| | Checking 1 | -1,124.60 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 11.3800 TO 11.1500.

Your federal taxable wages this period are $1,561.00

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Advice number:** **00000280360**
Pay date: 07/10/2019

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **PREM K BARAL** | xxxxxxxxx8499 | xxxx xxxx | $1,124.60 |

THIS IS NOT A CHECK

**VOID AFTER 180 DAYS**

**NON-NEGOTIABLE**

**Payment No. 37**

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000088316 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLEý*
*COLUMBUS, OH 43229ý*

Period Beginning: 07/15/2019
Period Ending: 07/28/2019
Pay Date: 08/07/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 12,724.80 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 17,456.16 |
| **Gross Pay** | | | **$2,550.16** | 30,180.96 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -369 .60 | 3,861.72 |
| | Social Security Tax | -158 .11 | 1,871.22 |
| | Medicare Tax | -36 .97 | 437.62 |
| | PA State Income Tax | -78 .29 | 926.55 |
| | Lancaster Ci Income Tax | -28 .05 | 331.95 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 30.00 |
| | PA SUI/SDI Tax | -1 .53 | 18.11 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 1,299.60 |
| | **Net Pay** | **$1,788.97** | |
| | **Net Check** | **$1,788.97** | |

## Important Notes

YOUR HOURLY RATE HAS BEEN CHANGED FROM 11.1500 TO 10.0400.

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

**Payroll check number:** **0000088316**
Pay date: 08/07/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 97/100 DOLLARS** **$1788.97**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 38**

**P000032**

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000088771 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLEý*
*COLUMBUS, OH 43229ý*

Period Beginning: 07/29/2019
Period Ending: 08/11/2019
Pay Date: 08/21/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 13,528.00 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 19,203.12 |
| Gross Pay | | | $2,550.16 | 32,731.12 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -369 .60 | 4,231.32 |
| | Social Security Tax | -158 .11 | 2,029.33 |
| | Medicare Tax | -36 .98 | 474.60 |
| | PA State Income Tax | -78 .29 | 1,004.84 |
| | Lancaster Ci Income Tax | -28 .05 | 360.00 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 32.00 |
| | PA SUI/SDI Tax | -1 .53 | 19.64 |
| Other | | | |
| | Medical Insuran | -86 .64 | 1,386.24 |
| | Net Pay | $1,788.96 | |
| | Net Check | $1,788.96 | |

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

**Payroll check number: 0000088771**
Pay date: 08/21/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 96/100 DOLLARS** **$1788.96**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**Payment No. 39**

**P000033**

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000089203 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLEý*
*COLUMBUS, OH 43229ý*

Period Beginning: 08/12/2019
Period Ending: 08/25/2019
Pay Date: 09/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 14,331.20 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 20,950.08 |
| **Gross Pay** | | | **$2,550.16** | 35,281.28 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -369 .60 | 4,600.92 |
| | Social Security Tax | -158 .11 | 2,187.44 |
| | Medicare Tax | -36 .98 | 511.58 |
| | PA State Income Tax | -78 .29 | 1,083.13 |
| | Lancaster Ci Income Tax | -28 .05 | 388.05 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 34.00 |
| | PA SUI/SDI Tax | -1 .53 | 21.17 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 1,472.88 |
| | **Net Pay** | **$1,788.96** | |
| | **Net Check** | **$1,788.96** | |

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

**Payroll check number: 0000089203**
Pay date: 09/04/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 96/100 DOLLARS** **$1788.96**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 40**

**P000034**

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000089667 | 1 |

## Earnings Statement

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

Period Beginning: 08/26/2019
Period Ending: 09/08/2019
Pay Date: 09/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 15,134.40 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 22,697.04 |
| Gross Pay | | | $2,550.16 | 37,831.44 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -369.60 | 4,970.52 |
| | Social Security Tax | -158.11 | 2,345.55 |
| | Medicare Tax | -36.98 | 548.56 |
| | PA State Income Tax | -78.29 | 1,161.42 |
| | Lancaster Ci Income Tax | -28.05 | 416.10 |
| | Lancaster Ci Local Svc Tax | -2.00 | 36.00 |
| | PA SUI/SDI Tax | -1.53 | 22.70 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 1,559.52 |
| | **Net Pay** | **$1,788.96** | |
| | **Net Check** | **$1,788.96** | |

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLEý
COLUMBUS, OH 43229ý

**Payroll check number: 0000089667**
Pay date: 09/18/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 96/100 DOLLARS** **$1788.96**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**Payment No. 41**

**P000035**

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000091129 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 10/07/2019
Period Ending: 10/20/2019
Pay Date: 10/30/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 15,937.60 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 24,444.00 |
| Gross Pay | | | $2,550.16 | 40,381.60 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -369 .60 | 5,340.12 |
| | Social Security Tax | -158 .11 | 2,503.66 |
| | Medicare Tax | -36 .97 | 585.53 |
| | PA State Income Tax | -78 .29 | 1,239.71 |
| | Lancaster Ci Income Tax | -28 .05 | 444.15 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 38.00 |
| | PA SUI/SDI Tax | -1 .53 | 24.23 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 1,646.16 |
| | **Net Pay** | **$1,788.97** | |
| | **Net Check** | **$1,788.97** | |

**Important Notes**

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000091129**
Pay date: 10/30/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 97/100 DOLLARS** **$1788.97**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 42**

**P000039**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050461 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 10/21/2019
Period Ending: 11/03/2019
Pay Date: 11/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,000.00 | 4,335.00 |
| **Gross Pay** | | | **$1,000.00** | 4,335.00 |
| **Net Pay** | | | **$1,000.00** | |
| **Net Check** | | | **$1,000.00** | |

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,000.00

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050461**
Pay date: 11/15/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND AND 00/100 DOLLARS** **$1000.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**Payment No. 43**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000092078 | 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 11/04/2019
Period Ending: 11/17/2019
Pay Date: 11/27/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 17,651.20 |
| Overtime | 17.0700 | 32.00 | 546.24 | 26,737.20 |
| **Gross Pay** | | | **$1,456.64** | 44,388.40 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -149.79 | 5,859.51 |
| | Social Security Tax | -90.31 | 2,752.08 |
| | Medicare Tax | -21.12 | 643.63 |
| | PA State Income Tax | -44.72 | 1,362.72 |
| | Lancaster Ci Income Tax | -16.02 | 488.22 |
| | Lancaster Ci Local Svc Tax | -2.00 | 42.00 |
| | PA SUI/SDI Tax | -0.87 | 26.63 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 1,819.44 |
| | **Net Pay** | **$1,045.17** | |
| | **Net Check** | **$1,045.17** | |

## Important Notes

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,456.64

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000092078**
Pay date: 11/27/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND FORTY FIVE AND 17/100 DOLLARS** **$1045.17**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 44**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000092522 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 11/18/2019
Period Ending: 12/01/2019
Pay Date: 12/11/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 18,454.40 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 28,484.16 |
| Gross Pay | | | $2,550.16 | 46,938.56 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -369 .60 | 6,229.11 |
| Social Security Tax | -158 .11 | 2,910.19 |
| Medicare Tax | -36 .98 | 680.61 |
| PA State Income Tax | -78 .29 | 1,441.01 |
| Lancaster Ci Income Tax | -28 .05 | 516.27 |
| Lancaster Ci Local Svc Tax | -2 .00 | 44.00 |
| PA SUI/SDI Tax | -1 .53 | 28.16 |
| **Other** | | |
| Medical Insuran | -86 .64 | 1,906.08 |
| **Net Pay** | **$1,788.96** | |
| **Net Check** | **$1,788.96** | |

Your federal taxable wages this period are $2,550.16

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000092522**
Pay date: 12/11/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 96/100 DOLLARS** **$1788.96**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 45**

**P000045**

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000092522 | 1 |

# Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 11/18/2019
Period Ending: 12/01/2019
Pay Date: 12/11/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0400 | 80.00 | 803.20 | 18,454.40 |
| Overtime | 15.0600 | 116.00 | 1,746.96 | 28,484.16 |
| **Gross Pay** | | | **$2,550.16** | 46,938.56 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -369.60 | 6,229.11 |
| | Social Security Tax | -158.11 | 2,910.19 |
| | Medicare Tax | -36.98 | 680.61 |
| | PA State Income Tax | -78.29 | 1,441.01 |
| | Lancaster Ci Income Tax | -28.05 | 516.27 |
| | Lancaster Ci Local Svc Tax | -2.00 | 44.00 |
| | PA SUI/SDI Tax | -1.53 | 28.16 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 1,906.08 |
| | **Net Pay** | **$1,788.96** | |
| | **Net Check** | **$1,788.96** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$2,550.16

Note! During this pay period, Mr. Prem Baral worked 56 Hours for Sabitra Baral. 140 hrs he worked for other clients.

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number:** **0000092522**
Pay date: 12/11/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SEVEN HUNDRED EIGHTY EIGHT AND 96/100 DOLLARS** **$1788.96**

HUNTINGTON BANK

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 46**

⑈000092522⑈ ⑆072403473⑆ 01153284361⑈

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000092960 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 12/02/2019
Period Ending: 12/15/2019
Pay Date: 12/24/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.7100 | 80.00 | 856.80 | 19,311.20 |
| Overtime | 16.0650 | 60.00 | 963.90 | 29,448.06 |
| **Gross Pay** | | | **$1,820.70** | 48,759.26 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -209.12 | 6,438.23 |
| | Social Security Tax | -112.88 | 3,023.07 |
| | Medicare Tax | -26.40 | 707.01 |
| | PA State Income Tax | -55.90 | 1,496.91 |
| | Lancaster Ci Income Tax | -20.03 | 536.30 |
| | Lancaster Ci Local Svc Tax | -2.00 | 46.00 |
| | PA SUI/SDI Tax | -1.10 | 29.26 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 1,992.72 |
| | **Net Pay** | **$1,306.63** | |
| | **Net Check** | **$1,306.63** | |

Your federal taxable wages this period are $1,820.70

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000092960**
Pay date: 12/24/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND THREE HUNDRED SIX AND 63/100 DOLLARS** **$1306.63**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

**Payment No. 47**

INTRANATIONAL 000035

⑈0000092960⑈ ⑆072403473⑆ 01153284361⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000093405 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 12/16/2019
Period Ending: 12/29/2019
Pay Date: 01/08/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.7100 | 80.00 | 856.80 | 856.80 |
| Overtime | 16.0650 | 60.00 | 963.90 | 963.90 |
| Gross Pay | | | $1,820.70 | 1,820.70 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206.48 | 206.48 |
| | Social Security Tax | -112.88 | 112.88 |
| | Medicare Tax | -26.40 | 26.40 |
| | PA State Income Tax | -55.90 | 55.90 |
| | Lancaster Ci Income Tax | -20.03 | 20.03 |
| | Lancaster Ci Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.09 | 1.09 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 86.64 |
| | Net Pay | $1,309.28 | |
| | Net Check | $1,309.28 | |

Your federal taxable wages this period are $1,820.70

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000093405**
Pay date: 01/08/2020

Pay to the order of: **PREM K BARAL**
This amount: **ONE THOUSAND THREE HUNDRED NINE AND 28/100 DOLLARS** **$1309.28**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

VOID AFTER 180 DAYS

**Payment No. 48**

INTRANATIONAL 000036

⑈000093405⑈ ⑆072403473⑆ 01153284361⑈

CO. FILE DEPT. CLOCK NUMBER 034
K7N 201388 000006 0000093850 1

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 12/30/2019
Period Ending: 01/12/2020
Pay Date: 01/22/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.3800 | 80.00 | 910.40 | 1,767.20 |
| Overtime | 17.0700 | 32.00 | 546.24 | 1,510.14 |
| **Gross Pay** | | | **$1,456.64** | 3,277.34 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -149.66 | 356.14 |
| | Social Security Tax | -90.32 | 203.20 |
| | Medicare Tax | -21.12 | 47.52 |
| | PA State Income Tax | -44.72 | 100.62 |
| | Lancaster Ci Income Tax | -16.02 | 36.05 |
| | Lancaster Ci Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.88 | 1.97 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 173.28 |
| | **Net Pay** | **$1,045.28** | |
| | **Net Check** | **$1,045.28** | |

Your federal taxable wages this period are $1,456.64

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number:** **0000093850**
Pay date: 01/22/2020

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND FORTY FIVE AND 28/100 DOLLARS** **$1045.28**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

**Payment No. 49**

INTRANATIONAL 000037

⑈0000093850⑈ ⑆072403473⑆ 01153284361⑈

CO. FILE DEPT. CLOCK NUMBER 034
K7N 201388 000006 0000094286 1

# Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 01/13/2020
Period Ending: 01/26/2020
Pay Date: 02/05/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.7100 | 80.00 | 856.80 | 2,624.00 |
| Overtime | 16.0650 | 60.00 | 963.90 | 2,474.04 |
| Gross Pay | | | $1,820.70 | 5,098.04 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -206.48 | 562.62 |
| | Social Security Tax | -112.88 | 316.08 |
| | Medicare Tax | -26.40 | 73.92 |
| | PA State Income Tax | -55.90 | 156.52 |
| | Lancaster Ci Income Tax | -20.03 | 56.08 |
| | Lancaster Ci Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.09 | 3.06 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 259.92 |
| | **Net Pay** | **$1,309.28** | |
| | **Net Check** | **$1,309.28** | |

**Important Notes**
BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,820.70

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number: 0000094286**
Pay date: 02/05/2020

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND THREE HUNDRED NINE AND 28/100 DOLLARS** **$1309.28**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

**VOID AFTER 180 DAYS**

**Payment No. 50**

INTRANATIONAL 000029

⑈0000094286⑈ ⑆072403473⑆ 01153284361⑈

# Exhibit A - Baral Pay History for Direct Care Worker Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K7N | 201388 | 000006 | | 0000094709 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE*
*1279 E DUBLIN GRANVILLE*
*COLUMBUS, OH 43229*

Period Beginning: 01/27/2020
Period Ending: 02/09/2020
Pay Date: 02/19/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0000 | 44.00 | 572.00 | 3,196.00 |
| Overtime | | | | 2,474.04 |
| **Gross Pay** | | | **$572.00** | 5,670.04 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -43 .50 | 606.12 |
| | Social Security Tax | -35 .46 | 351.54 |
| | Medicare Tax | -8 .30 | 82.22 |
| | PA State Income Tax | -17 .56 | 174.08 |
| | Lancaster Ci Income Tax | -6 .29 | 62.37 |
| | Lancaster Ci Local Svc Tax | -2 .00 | 8.00 |
| | PA SUI/SDI Tax | -0 .34 | 3.40 |
| | **Other** | | |
| | Medical Insuran | -86 .64 | 346.56 |
| | **Net Pay** | **$371.91** | |
| | **Net Check** | **$371.91** | |

Your federal taxable wages this period are $572.00

### Important Notes

BASIS OF PAY: HOURLY

YOUR HOURLY RATE HAS BEEN CHANGED FROM 10.0400 TO 13.0000.

© 2000 ADP, LLC

74-347/724

INTRA-NATIONAL HOME CARE
1279 E DUBLIN GRANVILLE
COLUMBUS, OH 43229

**Payroll check number:** **0000094709**
Pay date: 02/19/2020

Pay to the order of: **PREM K BARAL**

This amount: **THREE HUNDRED SEVENTY ONE AND 91/100 DOLLARS** **$371.91**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON BANK

VOID AFTER 180 DAYS

**Payment No. 51**

INTRANATIONAL 000031

⑈000094709⑈ ⑆072403473⑆ 0115328436⑈