Exhibit B—Baral Pay History for Case/Marketing Manager Role

| Payment No. | Bates No.[1] | Period Beginning | Period Ending | Amount |
|---|---|---|---|---|
| 52. | **P15** | 11/21/18 | | $11,706.03 |
| NCA Signed by Parties on 5/24/19 | | | | |
| 53. | **P36**, INHC 587 | 8/26/19 | 9/8/19 | $664.00 |
| 54. | **P37**, INHC 588 | 9/9/19 | 9/22/19 | $1,009.05 |
| 55. | **P38**, INHC 589 | 9/23/19 | 10/6/19 | $737.00 |
| 56. | **INHC 3**, P40, INHC 591 | 10/7/19 | 10/20/19 | $1,000.00 |
| 57. | **INHC 4**, P41, INHC 592 | 10/21/19 | 11/3/19 | $1,000.00 |
| 58. | **INHC 5**, P44, INHC 593 | 11/4/19 | 11/17/19 | $1,100.00 |
| 59. | **INHC 6**, P46, INHC 595 | 11/18/19 | 12/1/19 | $1,500.00 |
| 60. | **INHC 7**, P48, INHC 576 | 12/2/19 | 12/15/19 | $1,691.00 |
| 61. | **INHC 8**, INHC117, P18, INHC 577 | 12/16/19 | 12/29/19 | $1,691.00 |
| 62. | **INHC 1**, INHC115, P51, INHC 578 | 12/30/19 | 1/12/20 | $2,553.00 |
| 63. | **INHC 2**, INHC 116, P53, INHC 579 | 1/13/20 | 1/26/20 | $2,500.00 |
| 64. | **INHC 20** | 1/27/20 | 2/9/20 | $13,000.00 |
| 65. | **INHC 21**, P56, INHC 580 | 2/10/20 | 2/23/20 | $13,000.00 |
| 66. | **INHC 22**, P57, INHC 581 | 2/24/20 | 3/8/20 | $1,300.00 |
| 67. | **INHC 23**, INHC 582 | 3/9/20 | 3/22/20 | -$1,300.00 |
| 68. | **INHC 24** | 3/9/20 | 3/22/20 | $13,000.00 |
| 69. | **INHC 26**, P59, INHC 583 | 3/23/20 | 4/5/20 | $13,000.00 |
| 70. | **INHC 27**, P60, INHC 584 | 4/6/20 | 4/19/20 | $13,000.00 |
| 71. | **INHC 28**, P61, INHC 585 | 4/20/20 | 5/3/20 | $13,000.00 |

[1] Both Defendants and Plaintiff have produced copies of Baral's pay records, resulting in duplicative bates-stamped copies in the record. Plaintiff has collected the following documents and presents them in chronological order.

Exhibit B—Baral Pay History for Case/Marketing Manager Role

| | | | | |
|---|---|---|---|---|
| 72. | **INHC 18**, P62, INHC 586 | 5/4/20 | 5/17/20 | $13,000.00 |
| 73. | **INHC 19** | 5/18/20 | 5/31/20 | $13,000.00 |

# Exhibit B - Baral Pay History for Case/Marketing Manager Role



FORM NO. DD-64024C

S&T Bank

DEPOSIT TICKET

60-685
433

NAME Prem Baral

DATE 11/29/18

CHECKS AND OTHER ITEMS RECEIVED FOR DEPOSIT ARE SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

| | | |
|---|---|---|
| CASH ▶ | | . |
| CHECKS | 11706 | .03 |
| | | . |
| TOTAL FROM OTHER SIDE ▶ | | . |
| SUB TOTAL ▶ | | . |
| LESS CASH RECEIVED ▶ | | . |
| NET DEPOSIT $ | 11706 | .03 |

ACCOUNT NUMBER

*3003458720

⑆5143⑈6855⑆

Tracer: 16025387 - Amt: $11,706.03 - 11/29/2018

CENTS .03 . . . . . . . . . . . . .03

20181129 0277 00450 00002

DOLLARS 11706 11706

TR:80 277-1 11/29/18 04:17 PM
3003458720 Ck Deposit : $11,706.03
I368149

S&T Bank
20181129 0277 00450 00002
<043306855>

CHECKS LIST SINGLY

TOTAL MUST BE ENTERED ON FRONT SIDE

Tracer: 16025387 - Amt: $11,706.03 - 11/29/2018

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**INTRA-NATIONAL HOME CARE LLC**
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

3323

25 2/440

DATE 11/21/2018

CHECK ARMOR

PAY TO THE ORDER OF prem Baral $ 11,706.03

Eleven thousand Seven hindred six dollars 03/100 DOLLARS

Huntington

FOR Share 3 month Aug 1st to Oct 30th

HEAT SENSITIVE

Security Features Included. Details on Back.

⑈003323⑈ ⑆044000024⑆ 01893331163⑈

Tracer: 16025388 - Amt: $11,706.03 - 11/29/2018

20181129 0277 00450 00003

S&T Bank
20181129 0277 00450 00003
<043306855>

**Payment No. 52**

Tracer: 16025388 - Amt: $11,706.03 - 11/29/2018

**P000015**

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050399 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 08/26/2019
Period Ending: 09/08/2019
Pay Date: 09/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 664.00 | 664.00 |
| Gross Pay | | | $664.00 | 664.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -54 .67 | 54.67 |
| | PA State Income Tax | -20 .38 | 20.38 |
| | Net Pay | $588.95 | |
| | Net Check | $588.95 | |

**Important Notes**
412-881-7100

Your federal taxable wages this period are $664.00

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050399**
Pay date: 09/20/2019

Pay to the order of: **PREM K BARAL**

This amount: **FIVE HUNDRED EIGHTY EIGHT AND 95/100 DOLLARS** **$588.95**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**Payment No. 53**

# Exhibit B - Baral Pay History for Case/Marketing Manager Role



| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050414 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 09/09/2019
Period Ending: 09/22/2019
Pay Date: 10/04/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 934.00 | 1,598.00 |
| Gross Pay | | | $934.00 | 1,598.00 |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | +54.67 |
| | PA State Income Tax | +20.38 |
| | Net Pay | $1,009.05 |
| | Net Check | $1,009.05 |

Your federal taxable wages this period are $934.00

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050414**
Pay date: 10/04/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND NINE AND 05/100 DOLLARS** **$1009.05**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

THIS IS NOT A CHECK

**Payment No. 54**

**P000037**

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050431 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 09/23/2019
Period Ending: 10/06/2019
Pay Date: 10/18/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 737.00 | 2,335.00 |
| **Gross Pay** | | | **$737.00** | 2,335.00 |
| **Net Pay** | | | **$737.00** | |
| **Net Check** | | | **$737.00** | |

Your federal taxable wages this period are $737.00

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050431**
Pay date: 10/18/2019

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN HUNDRED THIRTY SEVEN AND 00/100 DOLLARS** **$737.00**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON

**VOID AFTER 180 DAYS**

THIS IS NOT A CHECK

**Payment No. 55**

# Exhibit B - Baral Pay History for Case/Marketing Manager Role



| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050444 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 10/07/2019
Period Ending: 10/20/2019
Pay Date: 11/01/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,000.00 | 3,335.00 |
| **Gross Pay** | | | **$1,000.00** | 3,335.00 |
| **Net Pay** | | | **$1,000.00** | |
| **Net Check** | | | **$1,000.00** | |

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,000.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

2EE 1-347/724
**Payroll check number: 0000050444**
Pay date: 11/01/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND AND 00/100 DOLLARS** **$1000.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 56**

INTRANATIONAL 000003

⑈0000504441⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role



| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050461 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 10/21/2019
Period Ending: 11/03/2019
Pay Date: 11/15/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,000.00 | 4,335.00 |
| **Gross Pay** | | | **$1,000.00** | 4,335.00 |
| **Net Pay** | | | **$1,000.00** | |
| **Net Check** | | | **$1,000.00** | |

Your federal taxable wages this period are $1,000.00

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

**2EE** 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050461**
Pay date: 11/15/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND AND 00/100 DOLLARS** **$1000.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 57**

INTRANATIONAL 000004

⑈000050461 2⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050477 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 11/04/2019
Period Ending: 11/17/2019
Pay Date: 11/29/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,100.00 | 5,435.00 |
| **Gross Pay** | | | **$1,100.00** | 5,435.00 |
| **Net Pay** | | | **$1,100.00** | |
| **Net Check** | | | **$1,100.00** | |

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,100.00

© 2000 ADP, LLC

2EE

1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number:** **0000050477**
Pay date: 11/29/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND ONE HUNDRED AND 00/100 DOLLARS** **$1100.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 58**

INTRANATIONAL 000005

⑈000050477⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | | |
|---|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050493 | 1 | |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 11/18/2019
Period Ending: 12/01/2019
Pay Date: 12/13/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,500.00 | 6,935.00 |
| **Gross Pay** | | | **$1,500.00** | 6,935.00 |
| **Net Pay** | | | **$1,500.00** | |
| **Net Check** | | | **$1,500.00** | |

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,500.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**2EE** 1-347/724
**Payroll check number: 0000050493**
Pay date: 12/13/2019

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS** **$1500.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 59**

INTRANATIONAL 000006

⑈0000504936⑈ ⑆072403473⑆01153284361⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050507 | 1 |

# Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 12/02/2019
Period Ending: 12/15/2019
Pay Date: 12/27/2019

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,691.00 | 8,626.00 |
| **Gross Pay** | | | **$1,691.00** | 8,626.00 |
| **Net Pay** | | | **$1,691.00** | |
| **Net Check** | | | **$1,691.00** | |

**Important Notes**
412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,691.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**2EE** 1-347/724
**Payroll check number: 0000050507**
Pay date: 12/27/2019

Pay to the order of: **PREM K BARAL**
This amount: **ONE THOUSAND SIX HUNDRED NINETY ONE AND 00/100 DOLLARS** **$1691.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 60**

INTRANATIONAL 000007

⑈00050507⑈ ⑆072403473⑆01153284361⑈

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050526 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 12/16/2019
Period Ending: 12/29/2019
Pay Date: 01/10/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,691.00 | 1,691.00 |
| **Gross Pay** | | | **$1,691.00** | 1,691.00 |
| **Net Pay** | | | **$1,691.00** | |
| **Net Check** | | | **$1,691.00** | |

**Important Notes**
412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $1,691.00

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050526**
Pay date: 01/10/2020

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND SIX HUNDRED NINETY ONE AND 00/100 DOLLARS** **$1691.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 61**

INTRANATIONAL 000008

⑈0000505269⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| 2EE | 202231 | 000006 | | 0000050546 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 12/30/2019
Period Ending: 01/12/2020
Pay Date: 01/24/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 2,553.00 | 4,244.00 |
| **Gross Pay** | | | **$2,553.00** | 4,244.00 |
| **Net Pay** | | | **$2,553.00** | |
| **Net Check** | | | **$2,553.00** | |

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $2,553.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

2EE 1-347/724
**Payroll check number: 0000050546**
Pay date: 01/24/2020

Pay to the order of: **PREM K BARAL**

This amount: **TWO THOUSAND FIVE HUNDRED FIFTY THREE AND 00/100 DOLLARS** **$2553.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 62**

INTRANATIONAL 000001

⑈0000505467⑈ ⑆072403473⑆01153284361⑈

CO. FILE DEPT. CLOCK NUMBER 034
2EE 202231 000006 0000050566 1

# Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 01/13/2020
Period Ending: 01/26/2020
Pay Date: 02/07/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
PA: N/A,Tax Blocked

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 2,500.00 | 6,744.00 |
| **Gross Pay** | | | **$2,500.00** | 6,744.00 |
| **Net Pay** | | | **$2,500.00** | |
| **Net Check** | | | **$2,500.00** | |

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $2,500.00

© 2000 ADP, LLC

2EE 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050566**
Pay date: 02/07/2020

Pay to the order of: **PREM K BARAL**

This amount: **TWO THOUSAND FIVE HUNDRED AND 00/100 DOLLARS** **$2500.00**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 63**

INTRANATIONAL 000002

⑈0000505665⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K78 | 202233 | 000006 | | 0000050585 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 01/27/2020
Period Ending: 02/09/2020
Pay Date: 02/20/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 13,000.00 |
| **Gross Pay** | | | **$13,000.00** | 13,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 3,529.41 |
| | Social Security Tax | -806.00 | 806.00 |
| | Medicare Tax | -188.50 | 188.50 |
| | PA State Income Tax | -399.10 | 399.10 |
| | Lancaster Ci Income Tax | -143.00 | 143.00 |
| | PA SUI/SDI Tax | -7.80 | 7.80 |
| | **Net Pay** | **$7,926.19** | |
| | **Net Check** | **$7,926.19** | |

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $13,000.00

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-347/724
**Payroll check number: 0000050585**
Pay date: 02/20/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND NINE HUNDRED TWENTY SIX AND 19/100 DOLLARS** **$7926.19**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON

VOID AFTER 180 DAYS

**Payment No. 64**

INTRANATIONAL 000020

⑈0000505854⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K78 | 202233 | 000006 | | 0000050607 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 02/10/2020
Period Ending: 02/23/2020
Pay Date: 03/06/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 26,000.00 |
| **Gross Pay** | | | **$13,000.00** | 26,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 7,058.82 |
| | Social Security Tax | -806.00 | 1,612.00 |
| | Medicare Tax | -188.50 | 377.00 |
| | PA State Income Tax | -399.10 | 798.20 |
| | Lancaster Ci Income Tax | -143.00 | 286.00 |
| | PA SUI/SDI Tax | -7.80 | 15.60 |

**Net Pay** **$7,926.19**

**Net Check** **$7,926.19**

Your federal taxable wages this period are $13,000.00

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

**K78** 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050607**
Pay date: 03/06/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND NINE HUNDRED TWENTY SIX AND 19/100 DOLLARS** **$7926.19**

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON

**VOID AFTER 180 DAYS**

**Payment No. 65**

INTRANATIONAL 000021

⑈0000506079⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

CO. FILE DEPT. CLOCK NUMBER 084
K78 202233 000006 0000050627 1

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 02/24/2020
Period Ending: 03/08/2020
Pay Date: 03/20/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 1,300.00 | 27,300.00 |
| **Gross Pay** | | | **$1,300.00** | 27,300.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -130.86 | 7,189.68 |
| | Social Security Tax | -80.60 | 1,692.60 |
| | Medicare Tax | -18.85 | 395.85 |
| | PA State Income Tax | -39.91 | 838.11 |
| | Lancaster Ci Income Tax | -14.30 | 300.30 |
| | PA SUI/SDI Tax | -0.78 | 16.38 |
| | **Net Pay** | **$1,014.70** | |
| | **Net Check** | **$1,014.70** | |

Your federal taxable wages this period are $1,300.00

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78**
1-347/724
**Payroll check number: 0000050627**
Pay date: 03/20/2020

Pay to the order of: **PREM K BARAL**

This amount: **ONE THOUSAND FOURTEEN AND 70/100 DOLLARS** **$1014.70**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 66**

INTRANATIONAL 000022

⑈000050627⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

CO. FILE DEPT. CLOCK NUMBER 034
K78 202233 000006 1

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 03/09/2020
Period Ending: 03/22/2020
Pay Date: 04/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | -1 ,300.00 | 26,000.00 |
| **Gross Pay** | | | **-$1 ,300.00** | 26,000.00 |

| Deductions Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | +130.86 | 7,058.82 |
| Social Security Tax | +80.60 | 1,612.00 |
| Medicare Tax | +18.85 | 377.00 |
| PA State Income Tax | +39.91 | 798.20 |
| Lancaster Ci Income Tax | +14.30 | 286.00 |
| PA SUI/SDI Tax | +0.78 | 15.60 |
| **Net Pay** | **-$1 ,014.70** | |
| **Net Check** | **-$1 ,014.70** | |

Your federal taxable wages this period are -$1 ,300.00

**Important Notes**
412-881-7100

BASIS OF PAY: HOURLY

This is only a record of prior payment or adjustment you received.
This is not an image of the actual statement.

Copyright © 2018, ADP, LLC.

K78 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number:**
Pay date: 04/03/2020

Pay to the order of: **PREM K BARAL**

This amount: ******************************************************************************** *****************

THIS IS NOT A CHECK

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

HUNTINGTON

VOID AFTER 180 DAYS

**Payment No. 67**

INTRANATIONAL 000023

**NON-NEGOTIABLE - VOID - NON-NEGOTIABLE - VOID**

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

CO. FILE DEPT. CLOCK NUMBER 084
K78 202233 000006 0000050644 2

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 03/09/2020
Period Ending: 03/22/2020
Pay Date: 04/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 39,000.00 |
| **Gross Pay** | | | **$13,000.00** | 39,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 10,588.23 |
| | Social Security Tax | -806.00 | 2,418.00 |
| | Medicare Tax | -188.50 | 565.50 |
| | PA State Income Tax | -399.10 | 1,197.30 |
| | Lancaster Ci Income Tax | -143.00 | 429.00 |
| | PA SUI/SDI Tax | -7.80 | 23.40 |
| | **Net Pay** | **$7,926.19** | |
| | **Net Check** | **$7,926.19** | |

Your federal taxable wages this period are $13,000.00

### Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-347/724
**Payroll check number: 0000050644**
Pay date: 04/03/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND NINE HUNDRED TWENTY SIX AND 19/100 DOLLARS** **$7926.19**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 68**

INTRANATIONAL 000024

⑈0000506448⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K78 | 202233 | 000006 | | 0000050661 | 2 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 03/23/2020
Period Ending: 04/05/2020
Pay Date: 04/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 65,000.00 |
| Gross Pay | | | $13,000.00 | 65,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 17,647.05 |
| | Social Security Tax | -806.00 | 4,030.00 |
| | Medicare Tax | -188.50 | 942.50 |
| | PA State Income Tax | -399.10 | 1,995.50 |
| | Lancaster Ci Income Tax | -143.00 | 715.00 |
| | PA SUI/SDI Tax | -7.80 | 39.00 |
| | Net Pay | $7,926.19 | |
| | Net Check | $7,926.19 | |

Your federal taxable wages this period are $13,000.00

## Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

K78 1-347/724

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**Payroll check number: 0000050661**
Pay date: 04/17/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND NINE HUNDRED TWENTY SIX AND 19/100 DOLLARS** **$7926.19**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 69**

INTRANATIONAL 000026

⑈0000506619⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role



CO. FILE DEPT. CLOCK NUMBER 034
K78 202233 000006 0000050681 1

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 04/06/2020
Period Ending: 04/19/2020
Pay Date: 05/01/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 78,000.00 |
| **Gross Pay** | | | **$13,000.00** | 78,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 21,176.46 |
| | Social Security Tax | -806.00 | 4,836.00 |
| | Medicare Tax | -188.50 | 1,131.00 |
| | PA State Income Tax | -399.10 | 2,394.60 |
| | Lancaster Ci Income Tax | -143.00 | 858.00 |
| | PA SUI/SDI Tax | -7.80 | 46.80 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 86.64 |
| | **Net Pay** | **$7,839.55** | |
| | **Net Check** | **$7,839.55** | |

Your federal taxable wages this period are $13,000.00

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-347/724

**Payroll check number: 0000050681**
Pay date: 05/01/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND EIGHT HUNDRED THIRTY NINE AND 55/100 DOLLARS** **$7839.55**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

VOID AFTER 180 DAYS

**Payment No. 70**

INTRANATIONAL 000027

⑈0000506817⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| K78 | 202233 | 000006 | | 0000050701 | 1 |

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 04/20/2020
Period Ending: 05/03/2020
Pay Date: 05/15/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 91,000.00 |
| **Gross Pay** | | | **$13,000.00** | 91,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 24,705.87 |
| | Social Security Tax | -806.00 | 5,642.00 |
| | Medicare Tax | -188.50 | 1,319.50 |
| | PA State Income Tax | -399.10 | 2,793.70 |
| | Lancaster Ci Income Tax | -143.00 | 1,001.00 |
| | PA SUI/SDI Tax | -7.80 | 54.60 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 173.28 |
| | **Net Pay** | **$7,839.55** | |
| | **Net Check** | **$7,839.55** | |

Your federal taxable wages this period are $13,000.00

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-347/724
**Payroll check number: 0000050701**
Pay date: 05/15/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND EIGHT HUNDRED THIRTY NINE AND 55/100 DOLLARS** **$7839.55**

HUNTINGTON

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 71**

INTRANATIONAL 000028

⑈0000507015⑈ ⑆072403473⑆01153284361⑈

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

K78 202233 000006 0000050714 1

## Earnings Statement

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 05/04/2020
Period Ending: 05/17/2020
Pay Date: 06/02/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 104,000.00 |
| **Gross Pay** | | | **$13,000.00** | 104,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 28,235.28 |
| | Social Security Tax | -806.00 | 6,448.00 |
| | Medicare Tax | -188.50 | 1,508.00 |
| | PA State Income Tax | -399.10 | 3,192.80 |
| | Lancaster Ci Income Tax | -143.00 | 1,144.00 |
| | PA SUI/SDI Tax | -7.80 | 62.40 |
| | **Other** | | |
| | Medical Insuran | -86.64 | 259.92 |
| | **Net Pay** | **$7,839.55** | |
| | **Net Check** | **$7,839.55** | |

Your federal taxable wages this period are $13,000.00

**Important Notes**

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-347/724
**Payroll check number: 0000050714**
Pay date: 06/02/2020

Pay to the order of: **PREM K BARAL**

This amount: **SEVEN THOUSAND EIGHT HUNDRED THIRTY NINE AND 55/100 DOLLARS** **$7839.55**

CHASE BANK

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 72**

INTRANATIONAL 000018

# Exhibit B - Baral Pay History for Case/Marketing Manager Role

| CO. | FILE | DEPT. | CLOCK | NUMBER | 084 |
|---|---|---|---|---|---|
| K78 | 202233 | 000006 | | 0000050729 | 1 |

## Earnings Statement

ADP

*INTRA-NATIONAL HOME CARE LLC OF PA*
*1279 E DUBLIN GRANVILLE RD*
*COLUMBUS, OH 43229-3300*

Period Beginning: 05/18/2020
Period Ending: 05/31/2020
Pay Date: 06/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**PREM K BARAL**
**401 FAIRWAY DRIVE**
**LANCASTER PA 17603**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 13,000.00 | 117,000.00 |
| **Gross Pay** | | | **$13,000.00** | 117,000.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -3,529.41 | 31,764.69 |
| | Social Security Tax | -806.00 | 7,254.00 |
| | Medicare Tax | -188.50 | 1,696.50 |
| | PA State Income Tax | -399.10 | 3,591.90 |
| | Lancaster Ci Income Tax | -143.00 | 1,287.00 |
| | PA SUI/SDI Tax | -7.80 | 70.20 |
| | **Other** | | |
| | Donation | -1,000.00 | 1,000.00 |
| | Medical Insuran | -86.64 | 346.56 |
| | **Net Pay** | **$6,839.55** | |
| | **Net Check** | **$6,839.55** | |

Your federal taxable wages this period are $13,000.00

### Important Notes

412-881-7100

BASIS OF PAY: HOURLY

© 2000 ADP, LLC

INTRA-NATIONAL HOME CARE LLC OF PA
1279 E DUBLIN GRANVILLE RD
COLUMBUS, OH 43229-3300

**K78** 1-3/440
**Payroll check number: 0000050729**
Pay date: 06/17/2020

Pay to the order of: **PREM K BARAL**

This amount: **SIX THOUSAND EIGHT HUNDRED THIRTY NINE AND 55/100 DOLLARS** **$6839.55**

CHASE BANK

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE

**VOID AFTER 180 DAYS**

**Payment No. 73**

INTRANATIONAL 000019

⑈000050729⑈ ⑆044000037⑆611632875⑈